# UNITED STATES DISTRICT COURT, FOR THE SOUTHERN DISTRICT OF FLORIDA

PERFECT IMAGE, LLC, A NEVADA LIMITED LIABILITY

        Plaintiff(s)

v.

GLOWINGOIL.COM INTERNATIONAL, A FLORIDA BUSINESS

        Defendant(s)

CASE NUMBER: 1:18-CV-20193-KMW

**AFFIDAVIT OF CORPORATE SERVICE**

---

I, Christopher Compton, being first duly sworn under oath, depose and say the following:

I am over the age of 18 and competent to sign this affidavit. I have personal knowledge of the facts and statements contained herein, and they are true and correct to the best of my knowledge. I am not a party in this matter, and I have no interest in the outcome of this case. I am familiar with the process serving laws governing service of process, and I have never been convicted of a felony.

On **April 13, 2018** at approximately **5:29 PM**, Elite Legal Services received the within **4/12/2018 LETTER TO DEPARTMENT OF STATE DIVISION OF CORPORATIONS FROM ERIN C. KOLTER OF DORSEY & WHITNEY LLP (2 COPIES); SUMMONS IN CIVIL ACTION (2 COPIES); ORDER ON PLAINTIFF'S MOTION FOR SUBSTITUTED SERVICE (2 COPIES); FIRST AMENDED COMPLAINT; EXHIBITS (2 COPIES)**.

On **April 16, 2018** at approximately **1:00 PM**, I served the above documents on **GLOWINGOIL.COM INTERNATIONAL** by leaving the documents with **YVETTE SCOTT**, the **AUTHORIZED AGENT** of **FLORIDA SECRETARY OF STATE**, the **AUTHORIZED AGENT** of **GLOWINGOIL.COM INTERNATIONAL**. The approximate description of **YVETTE SCOTT** is:

Sex: **Female** - Skin: **Black** - Hair: **Black** - Age: **40** - Height: **5'8"** - Weight: **230 lbs**

Service was effected at **DEPARTMENT OF STATE DIVISION OF CORPORATIONS, 2661 EXECUTIVE CENTER CIR., CLIFTON BLDG., TALLAHASSEE, FL 32301** in **LEON** county.

STATE OF Florida
COUNTY OF Leon

Signed and sworn to before me on this 18 day of April, 2018.

Notary Public

ALLISON NICOLE COURT
Commission # GG 104670
Expires May 19, 2021
Bonded Thru Troy Fain Insurance 800-385-7019

X_____
Christopher Compton
License(s): 101

Elite Legal Services
1685 S. Colorado Blvd. Suite S-180
Denver, CO 80222
303-635-6934

Client Reference Number: **505268-00001**
Lawyer Reference Number: **505268-00001**
ELS Number: **47744**

DORSEY & WHITNEY, LLP
701 5TH AVE.
SUITE 6100
SEATTLE, WA 98104-7043
Requestor: NANCY TAVERNITI
206.903.8715